In the Matter of the Arbitration of and Concerning Certain Matters in Difference between PINE STREET REALTY COMPANY, INC., and NIK COUTROULAS.— Motion for leave to reargue appeal denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

BRESCIA CONSTRUCTION Co., INC., v. SURVEL REALTY CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals, or for a reargument of appeal, and for a stay. Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of MICHAEL A. HALLORAN against CARLOS HORACIO S. DOS SANTOS GALLO, Impleaded with Another.— Motion for leave to appeal to the Court of Appeals or for a reargument of the appeal denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GLADYS ROSE FARMER, as Administratrix, etc., of JOHN AUSTIN FARMER, Deceased, v. THE NEW YORK CENTRAL RAILROAD COMPANY.— Motion for leave to appeal to the Court of Appeals, or for a reargument of the appeal and for a stay. Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 591 of the Civil Practice Act. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Estate of ELIZA or ELIZABETH BRENNAN, Deceased. MARY F. THORP v. MARY MAGUIRE.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ISADORE SCHEINBERG and Others v. SCHEINBERG ESTATES, INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LOUIS HUTTER, Respondent, v. WILLIAM J. RODENBACH, Appellant, Impleaded with Another.*— Judgment modified by directing that interest be paid on the sum of $10,322.81 from July 5, 1928, instead of from November 25, 1927, and as so modified affirmed, with costs to the respondent. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE BANK OF UNITED STATES, by JOSEPH A. BRODERICK, as Superintendent of Banks of the State of New York, Respondent, v. LOUIS ROSENFELD, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LEE MILLER, an Infant, by EDWARD K. KENNEDY, Her Guardian ad Litem, Respondent, v. FREDERICK L. CRANFORD-CHARLES H. LOCHER, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.